## Goldstein v. Liebowitz, Appellant.

Argued November 13, 1936.

Before KELLER, P. J., CUNNINGHAM, BALD-RIGE, STADTFELD, PARKER, JAMES and RHODES, JJ.

*Jacob S. Richman,* with him *Philip Richman,* of *Richman & Richman,* for appellant.

*Henry W. Balka,* for appellee, was not heard.

PER CURIAM, January 29, 1937:

No issues were raised on the trial of this case but questions of fact, which were for the decision of the trial judge sitting without a jury. His findings in favor of the plaintiff are supported by testimony not inherently improbable and have the force and effect of the verdict of a jury. They were sustained by the court in banc, which refused a new trial.

No sufficient reason has been given us for reversing this action of the court below.

Judgment affirmed.